IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 18-cr-00533-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TROY ANDREW LUJAN,

    Defendant.
_____

**PROTECTIVE ORDER REGARDING MATERIAL
PERTAINING TO A COOPERATING WITNESS**
_____

This matter comes before the Court on the United States' Motion for Protective Order Regarding Material Pertaining to a Cooperating Witness [Docket No. 23]. The defendant does not oppose the motion or the terms of the government's proposed order. Good cause appearing, it is

**ORDERED** that the United States' Motion for Protective Order Regarding Material Pertaining to a Cooperating Witness [Docket No. 23] is granted. It is further

**ORDERED** that the defense team -- including defense investigators and legal support staff -- shall keep the summaries of interviews with the government's cooperating witness, materials related to benefits conferred upon the cooperating witness, and any notes or other materials prepared based upon or referring to information in these materials in confidence and shall use them exclusively in connection with this case (including trial preparation, trial, and appeals or other related legal proceedings) and for no other purpose. It is further

**ORDERED** that summaries of interviews with the cooperating witness and material related to benefits conferred upon the cooperating witness may be viewed only by defense counsel, the defendant, and members of the defense team, including any defense investigators and staff, as necessary for the purposes of preparing a defense in this case. Defense counsel shall ensure that members of the defense team read the protective order and are informed of their responsibility to safeguard this information. It is further

**ORDERED** that defense counsel and/or his staff shall make copies of summaries of interviews with the cooperating witness and materials related to benefits conferred upon the cooperating witness only as necessary to prepare a defense in this case. It is further

**ORDERED** that no copies of the summaries of interviews with the cooperating witness and materials related to benefits conferred upon the cooperating witness shall be provided to the defendant, his family members, friends, or associates, under any circumstances without petition to and further order of the Court. The defendant may be allowed to view the summaries of interviews with the cooperating witness and materials related to benefits conferred upon the cooperating witness, but only while in the direct presence of the defense counsel. It is further

**ORDERED** that a copy of this Oder shall be kept with the records to which it pertains at all times.

DATED April 15, 2019.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
Chief United States District Judge